NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YONG I. FENLON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3139

---

Petition for review of the Merit Systems Protection Board in No. SF844E120398-I-1.

---

Before RADER, *Chief Judge,* NEWMAN, and DYK, *Circuit Judges.*

PER CURIAM.

## O R D E R

IT IS ORDERED THAT:

The petition for review is hereby dismissed as moot.

FOR THE COURT

November 14, 2013          /s/ Daniel E. O'Toole
    Date                         Daniel E. O'Toole
                                 Clerk of Court

cc:  Yong I. Fenlon
     Devin Andrew Wolak